IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES RICHARDSON,

       Plaintiff,

v.

DR. BEAMER, EOCI Medical; NURSE ROOT,

       Defendants.

Civ. No. 2:17-cv-01097-TC

ORDER

MCSHANE, Judge:

       Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (#39), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (#78) is adopted. Defendant's motion for summary judgment (# 13) is GRANTED. This action is DISMISSED.

IT IS SO ORDERED.

       DATED this 12th day of May, 2018.

                                            /s/ Michael J. McShane
                                                  Michael McShane
                                            United States District Judge